451 A.2d 443

**Alfred B. CLARKE, et al., Appellants**

v.

**Caryl M. KLINE, now by substitution, Robert G. Scanlon,
Secretary of Education,**

**and the**

**Executive Board, Commonwealth of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued Sept. 20, 1982.

Decided Oct. 29, 1982.

A. Bruce Bowden, Buchanan, Ingersoll, Rodewald, Kyle & Buerger, P.C., Pittsburgh, for appellants.

Susan J. Forney, Dept. of Justice, Harrisburg, for appellees.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Order affirmed, 64 Pa.Cmwlth. 385, 439 A.2d 1364.

LARSEN, J., dissents.